IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL MAY**                                                                           **PLAINTIFF**

**VS.**                                    **CAUSE NO. 1:10CV303-HSO-JMR**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS,**
**WEXFORD HEALTH SOURCES, INC.,**
**GEORGE COUNTY, MISSISSIPPI BOARD OF SUPERVISORS,**
**and JOHN DOES 1-10**                                        **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given, that Defendant, George County, Mississippi, by and through the undersigned counsel, has this date served in the above-styled action to the Plaintiff, the following:

*Defendant, George County, Mississippi's Responses to Requests for Production.*

**RESPECTFULLY SUBMITTED** this 4th day of May, 2011 .

                                           **DESOTO COUNTY DEFENDANTS**

                                           By: /s/ */s/ Daniel J. Griffith*
                                                   Daniel J. Griffith, MS Bar No. 8366
                                                   Attorney for Defendant, George County, Mississippi

Of Counsel:

**GRIFFITH & GRIFFITH**
123 South Court Street
P. O. Drawer 1680
Cleveland, MS 38732
Phone No. 662-843-6100
Fax No. 662-843-8153

## CERTIFICATE OF SERVICE

I, Daniel J. Griffith, attorney for Defendant, George County, Mississippi, hereby certify that I have this served a true and correct copy of the above and foregoing *Notice of Service* via the ECF filing system of the United States District Court of the Southern District of Mississippi to:

>Gary McKay Yarborough, Jr.
>Email: garyyarborough@bellsouth.net; helenhass@bellsouth.net
>**Attorney for Plaintiff**
>
>Vick Smith
>Email: Vsmith@bnlawfirm.com; Sshultis@bnlawfirm.com
>**Attorney for Wexford**

This the 4th day of May, 2011.

>/s/ Daniel J. Griffith
>Daniel J. Griffith